UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

_____

CASE NO. 11-30770
_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff-Appellee

v.

BOH BROTHERS CONSTRUCTION COMPANY, L.L.C.
Defendant-Appellant

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
CIVIL ACTION NO. 09-6460, SECTION B, MAGISTRATE 2
THE HONORABLE IVAN L.R. LEMELLE,
UNITED STATES DISTRICT JUDGE PRESIDING

_____

MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT FILED ON
BEHALF OF
LOUISIANA ASSOCIATED GENERAL CONTRACTORS, INC.

_____

Leo C. Hamilton (La. Bar No. 1399)
Murphy J. Foster, III (La. Bar No. 5779)
Yvonne R. Olinde (La. Bar No. 26480)
Breazeale, Sachse & Wilson, LLP
P.O. Box 3197
One American Place, Suite 2300
Baton Rouge, LA 70821
Phone: 225-387-4000
Fax: 225-387-5397
Leo.Hamilton@bswlp.com
Murphy.Foster@bswllp.com
Yvonne.Olinde@bswllp.com
***Attorneys for Louisiana Associated General Contractors, Inc.***

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

_____

CASE NO. 11-30770
_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff-Appellee

v.

BOH BROTHERS CONSTRUCTION COMPANY, L.L.C.
Defendant-Appellant

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
CIVIL ACTION NO. 09-6460, SECTION B, MAGISTRATE 2
THE HONORABLE IVAN L.R. LEMELLE,
UNITED STATES DISTRICT JUDGE PRESIDING

_____

MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT FOR *EN BANC* REHEARING FILED ON BEHALF OF
LOUISIANA ASSOCIATED GENERAL CONTRACTORS, INC.

_____

NOW INTO COURT, through undersigned counsel, comes the Louisiana Associated General Contractors, Inc. (hereinafter "the LAGC"), which respectfully requests leave of court to participate in oral argument at the *En Banc* Rehearing on May 22, 2013, and further states as follows:

1.

LAGC initially requested and was granted leave to file an *amicus curiae* brief in this matter on November 7, 2011 in support of the position of Boh Bros. Construction Company, L.L.C. (hereinafter "Boh Bros."), Defendant-Appellant herein.

2.

This Honorable Court rendered its Judgment on July 27, 2012. Thereafter, Plaintiff/Appellee, the Equal Employment Opportunity Commission ("the EEOC") filed a Petition for Rehearing *En Banc* on September 10, 2012, which was granted by this Honorable Court on March 27, 2013.

3.

The *En Banc* Rehearing has been calendared by this Honorable Court for oral argument on Wednesday, May 22, 2013. LAGC respectfully requests that it be allowed to participate in oral argument.

4.

By separate motion, LAGC respectfully requested that this Honorable Court allow it to file an *amicus curiae* brief in support of the position of Boh Bros. Construction Company, L.L.C., Defendant-Appellant herein, and the decision of this Honorable Court rendered on July 27, 2012.

5.

Undersigned counsel has conferred with Paul D. Ramshaw, counsel for the EEOC, and Walter W. Christy, counsel for Boh Bros., and neither have an objection to the request made herein.

**WHEREFORE**, The Louisiana Associated General Contractors respectfully requests leave of court to participate in oral argument at the *En Banc* Rehearing on May 22, 2013.

Respectfully Submitted By,

*s/ Leo C. Hamilton*
Leo C. Hamilton (La. Bar No. 1399)
Murphy J. Foster, III (La. Bar No. 5779)
Yvonne R. Olinde (La. Bar No. 26480)
BREAZEALE, SACHSE & WILSON, L.L.P.
P.O. Box 3197
One American Place, Suite 2300
Baton Rouge, Louisiana 70821
Telephone: 225-387-4000
Fax: 225-387-5397
Leo.Hamilton@bswlp.com
Murphy.Foster@bswllp.com
Yvonne.Olinde@bswllp.com
***Attorneys for Louisiana Associated General Contractors, Inc.***

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

_____

CASE NO. 11-30770

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff-Appellee

v.

BOH BROTHERS CONSTRUCTION COMPANY, L.L.C.
Defendant-Appellant

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
CIVIL ACTION NO. 09-6460, SECTION B, MAGISTRATE 2
THE HONORABLE IVAN L.R. LEMELLE,
UNITED STATES DISTRICT JUDGE PRESIDING

_____

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed using the Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

Baton Rouge, Louisiana, this 8th day of May, 2013.

                *s/ Leo C. Hamilton*
                Yvonne R. Olinde
             Attorney for Louisiana Associated
               General Contractors, L.L.C.