# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30770

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff - Appellee

v.

BOH BROTHERS CONSTRUCTION COMPANY, L.L.C.,

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

IT IS ORDERED that the motion of Louisiana Associated General Contractors to file amicus curiae en banc brief, out of time, is GRANTED.

IT IS FURTHER ORDERED that the motion of Louisiana Associated General Contractors for extension of time until May 10, 2013, to file amicus curiae brief, is GRANTED.

IT IS FURTHER ORDERED that the motion of Louisiana Associated General Contractors to participate in the en banc oral argument, is GRANTED.

/S/CARL E. STEWART

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE